```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 12889
    PETER KUCERA
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-5159
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/19/07 and confirmed on 09/21/07.

   2.  The case was converted to Chapter 7 after confirmation, 03/17/2008.

   3.  The Debtor paid a total of $   7128.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BECKET & LEE LLP | UNSECURED | 10647.84 | .00 | 493.53 |
| BECKET & LEE LLP | UNSECURED | 1492.14 | .00 | 69.16 |
| FIA CARD SERVICES | UNSECURED | 12175.35 | .00 | 564.33 |
| CAPITAL ONE BANK | UNSECURED | 4971.61 | .00 | 230.43 |
| ROUNDUP FUNDING LLC | UNSECURED | 9240.95 | .00 | 428.32 |
| ROUNDUP FUNDING LLC | UNSECURED | 5576.45 | .00 | 258.47 |
| ROUNDUP FUNDING LLC | UNSECURED | 385.05 | .00 | 17.85 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 9157.63 | .00 | 424.46 |
| ROUNDUP FUNDING LLC | UNSECURED | 5075.77 | .00 | 235.26 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MBNA CONSUMERS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 16581.54 | .00 | 768.56 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 821.50 | .00 | 38.08 |
| ECAST SETTLEMENT CORP | UNSECURED | 23.57 | .00 | 1.09 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 76149.40 | .00 | 76149.40 |
| PRINCIPAL PAID | .00 | .00 | 3529.54 | .00 | 3529.54 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 3529.54 | .00 | 3529.54 |

The Debtor's attorney, ZALUTSKY & PINSKI                , was allowed $   3500.00
and was paid $    271.00  direct and $   3229.00  through the plan.

The Trustee received $    369.46 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/27/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE